IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS BUCKNER**                                                                                                **PLAINTIFF**
*ADC #155065*

v.                  **CASE NO. 4:22-CV-00066-BSM-JTK**

**SHANIRRIA ARMOSTER,** *et al.*                                                  **DEFENDANTS**

<u>**ORDER**</u>

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 4] is adopted. Marcus Buckner's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. An *in forma pauperis* appeal would not be taken in good faith, and this dismissal counts as a "strike." 28 U.S.C. § 1915(a)(3); 28 U.S.C. § 1915(g) .

IT IS SO ORDERED this 15th day of February, 2022.

/s/ Brian S. Miller
_____
UNITED STATES DISTRICT JUDGE