IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS BUCKNER**                                                                                    **PLAINTIFF**
*ADC #155065*

v.                                         CASE NO. 4:22-CV-00066-BSM-JTK

**SHANIRRIA ARMOSTER,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE